# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

HAROLD HUTCHINGS,          )
                                    )
      Plaintiff,          )
                                    )
v.                               )     No. 2:16-cv-00100
                                    )     **CHIEF JUDGE CRENSHAW**
SHERRIFF ODDIE SHOUPE and    )
MAJOR JEWELL BILLBREY,     )
                                    )
      Defendants.      )

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 28), recommending that the Court grant Defendants' Motion for Summary Judgment (Doc. No. 17). Plaintiff did not file timely objections. After a de novo review of the record, the Report and Recommendation is **ADOPTED**. The Court agrees that dismissal is required because of Plaintiff's failure to exhaust administrative remedies.

Defendants' Motion for Summary Judgment (Doc. No. 17) is **GRANTED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE